| | |
|---|---|
| 1 | DAVID F. GARCIA, ESQ. (SBN 338707) |
| 2 | THE LAW OFFICE OF DAVID F. GARCIA<br>3415 South Sepulveda Blvd, Suite 1100 |
| 3 | Los Angeles, CA 90034<br>Direct: (209) 800-0319 |
| 4 | Main: (888) 341-4562 |
| 5 | E-Mail: litigation@dfglawfirm.com |
| 6 | Attorney for Plaintiff, ROXANA YANIRA FLORES |

IT IS SO ORDERED AS MODIFIED
Judge Eumi K. Lee
April 17, 2025

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| ROXANA YANIRA FLORES, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION, a Minnesota Corporation; and DOES 1 to 100, Inclusive,<br><br>Defendants. | Case No. 5:24-cv-04200-EKL<br><br>Judge: Hon. Judge Eumi K Lee<br><br>**JOINT STIPULATION TO CONTINUE MEDIATION DEADLINE, DESIGNATION OF EXPERTS, REBUTTAL REPORTS AND FACT AND EXPERT DISCOVERY DEADLINES** |

In accordance with this District Court's Civil Pretrial & Trial Procedures/Chamber Rules, Plaintiff ROXANA YANIRA FLORES ("Plaintiff") and Defendant/Third-Party Plaintiff TARGET CORPORATION ("Defendant" or "Target"), collectively, by and through their respective attorneys of record, hereby jointly move this District Court for an Order as Modified to Continue All Dates approved by the Honorable Judge Eumi K. Lee's February 4, 2025 Order [Doc. 39]. More specifically, the Parties herein request that the designation of experts, rebuttal reports and close of fact and expert discovery be continued, and that the May 14, 2025, deadline for the initial ADR session be continued to August 14, 2025.

The Parties respectfully submit that good cause exists for an Order granting this Joint Stipulation, as demonstrated by the following:

WHEREAS, on February 4, 2025 the Court granted the Parties up until May 14, 2025 to complete

1

**JOINT STIPULATION TO CONTINUE MEDIATION DEADLINE, DESIGNATION OF EXPERTS, REBUTTAL REPORTS AND FACT AND EXPERT DISCOVERY DEADLINES**

initial ADR session and an extension of 60 days for all of the upcoming court deadlines [Doc. 27]. Including:

    a) close of fact discovery from May 1, 2025 to June 30, 2025;

    b) designation of experts from May 30, 2025 to July 29, 2025;

    c) rebuttal reports from June 27, 2025 to August 26, 2025;

    d) close of expert discovery from July 18, 2025 to September 16, 2025;

    e) last day to hear dispositive and Dubert motion hearing, September 17, 2025;

    f) pre-trial conference, November 12, 2025;

    g) jury selection/trial, December 8, 2025.

WHEREAS, the Parties have agreed to mediation with Matt Conant, Esq., from ADR Services, Inc., on August 5, 2025. This was the earliest available date that worked for the Parties and the mediator. Previously, the Parties attempted to mediate with Retired Judge Sabraw, but her availability and the Parties' availability did not align.

WHEREAS, Defendant will conduct a Defense Medical Examination on April 30, 2025, at 11:00 a.m. at the office of Youjeong Kim, M.D.

WHEREAS, Plaintiff still needs to conduct the deposition of Defendant's Person(s) Most Qualified (PMQ), and the Parties are continuing to meet and confer regarding the scope of the deposition categories.

WHEREAS, the Parties wish to avoid the costs associated with retaining all experts needed for disclosures and rebuttals, the cost of which could affect the Parties ability to resolve the case.

WHEREAS, pursuant to Federal Rule of Civil Procedure Rule 16(b)(4), a schedule may be modified only for good cause and with the judge's consent.

WHEREAS, pursuant to Local Rule 6-2, the parties may file a stipulation, conforming to Civil L.R. 7-12, requesting an order changing time that would affect the date of an event or deadline already fixed by Court order, or that would accelerate or extend time frames set in the Local Rules or in the Federal Rules. The stipulated request must be accompanied by a declaration that: 1) sets for with particularly the reasons for the requested enlargement or shortening of time; 2) discloses all previous time modifications in the case, whether by stipulations or Court order; and 3) describes the effect the requested time modification would

have on the schedule for the case.

WHEREAS, after communication with each party in this matter, the Parties have stipulated to the proposed time change of May 14, 2025, deadline to complete initial ADR session to August 14, 2025, and extension for all of the upcoming court deadlines including:

a) close of fact discovery from June 30, 2025 to September 30, 2025;

b) designation of experts from July 29, 2025 to October 29, 2024;

c) rebuttal reports from August 26, 2025 to November 26, 2025;

d) close of expert discovery from September 16, 2025 to December 15, 2025;

e) last day to hear dispositive and Dubert motion hearing, ~~December 16, 2025~~; December 17, 2025

f) pre-trial conference, February 12, 2026;

g) jury selection/trial, March 23, 2026.

WHEREAS, there are no Court-established litigation deadlines occurring within the seven days following the submission of this proposed joint-stipulation.

WHEREAS, this proposed joint-stipulation does not create an unreasonable delay in this matter, and a denial of this proposed joint-stipulation would cause undue prejudice to Defendant by not providing sufficient time to investigate and defend the claims alleged by Plaintiff.

NOW, THEREFORE, based on the foregoing recitals, the Parties hereby stipulate as follows and request that the District Court grant the proposed Order to continue the May 14, 2025, deadline for completing the initial ADR session, designating experts, submitting rebuttal reports, and completing fact and expert discovery, as set forth in the February 4, 2025, Order to Continue All Dates, subject to the Court's docket.

The further case management conference is continued from June 11, 2025 to August 27, 2025.

**JOINT STIPULATION TO CONTINUE MEDIATION DEADLINE, DESIGNATION OF EXPERTS, REBUTTAL REPORTS AND FACT AND EXPERT DISCOVERY DEADLINES**

|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | Dated: 4/15/2025 | THE LAW OFFICE OF DAVID F. GARCIA, APC |
| 6 | | |
| 7 | | By: /s/ David F. Garcia |
| 8 | | Attorneys for Plaintiff |
| 9 | Dated: 4/15/2025 | VOGL MEREDITH BURKE & STREZA LLP |

By: /s/ Emily Fowler
Emily Fowler
Attorneys for Defendant
TARGET CORPORATION

**JOINT STIPULATION TO CONTINUE MEDIATION DEADLINE, DESIGNATION OF EXPERTS, REBUTTAL REPORTS AND FACT AND EXPERT DISCOVERY DEADLINES**