DAVID F. GARCIA, ESQ. (SBN 338707)
**THE LAW OFFICE OF DAVID F. GARCIA**
3415 South Sepulveda Blvd, Suite 1100
Los Angeles, CA 90034
Direct: (209) 800-0319
Main: (888) 341-4562
E-Mail:  litigation@dfglawfirm.com

Attorney for Plaintiff,
ROXANA YANIRA FLORES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROXANA YANIRA FLORES, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION, a Minnesota Corporation; and DOES 1 to 100, Inclusive,<br><br>Defendants. | Case No.  **5:24-cv-04200-EKL**<br><br>**STIPULATION OF DISMISSAL [FRCP 41(A)] AND ORDER OF DISMISSAL** |

/ / /

/ / /

/ / /

/ / /

STIPULATION OF DISMISSAL [FRCP 41(A)] AND ORDER OF DISMISSAL

Plaintiff ROXANA YANIRA FLORES and Defendant TARGET CORPORATION hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Dated: November 24, 2025    THE LAW OFFICE OF DAVID F. GARCIA

By: */S/ David F. Garcia*
    DAVID F. GARCIA, ESQ.
    Attorney for Plaintiff,
    ROXANA YANIRA FLORES

Dated: November 24, 2025    **VOGL MEREDITH BURKE & STREZA LLP**

By: */S/ Emily Fowler*
    Emily Fowler
    Attorneys for Defendant
    TARGET CORPORATION

**ORDER OF DISMISSAL**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Dated:  November 30, 2025

_____
HON. EUMI K. LEE
UNITED STATES DISTRICT JUDGE